UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 13-11132-MER |
| LSI RETAIL II, LLC | ) | |
| EIN: 20-0741627 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-11135-MER |
| | ) | |
| CONIFER TOWN CENTER, LLC | ) | Chapter 11 |
| EIN: 20-1517101 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-11167-MER |
| | ) | |
| LAND SECURITIES INVESTORS, LTD., | ) | Chapter 11 |
| EIN: 84-1021913 | ) | |
| | ) | **Jointly Administered Under** |
| Debtor. | ) | **Case No. 13-11132-MER** |
| | ) | |
| | ) | |

**NOTICE OF MOTION FOR APPROVAL OF POST PETITION FINANCING**

**OBJECTION DEADLINE: AUGUST 19, 2013**

      **YOU ARE HEREBY NOTIFIED** that Conifer Town Center, LLC, LSI Retail II, LLC, and Land Securities Investors, Ltd. have filed a Motion for Approval of Post Petition Financing and requests the following relief:  The Debtors have made Application to the Court pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), and 364(e) and Fed.R.Bankr.P. 2002, 4001 and 9014 for entry of a final order authorizing the Debtors to obtain up to $250,000 of post-petition financing and the loan under such facility from TIC Lending, LLC.

      If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

DATED: August 5, 2013

Respectfully submitted,

By: _____

Lee M. Kutner #10966

**KUTNER BRINEN GARBER, P.C.**
303 East 17th Avenue, Suite 500
Denver, CO 80203
Telephone:  (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: lmk@kutnerlaw.com
**Attorneys for Land Securities
Investors, Ltd.**

Jeffrey A. Weinman #7605
**Jeffrey A. Weinman, P.C.**
730 17th Street, Suite 240
Denver, CO 80202-3506
Telephone: (303) 572-1010
Telecopy: (303) 572-1011
E-Mail: jweinman@weinmanpc.com
**Attorneys for LSI Retail II, LLC and
Conifer Town Center, LLC**